THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney Grant Williams, Appellant.
 
 
 

Appeal From Orangeburg County
  James C. Williams, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-281
 Submitted June 1, 2007  Filed June 6,
 2007    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor
 David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: 
 Rodney Grant Williams appeals his conviction and sentence for murder.  Williams
 argues the trial court failed to comply with the mandates of Boykin v.
 Alabama, 395 U.S. 238 (1969).  This issue is not preserved for review, as
 Williams did not object at the plea proceeding.  State v. McKinney, 278
 S.C. 107, 108, 292 S.E. 2d 598, 599 (1982) (Absent timely objection at a plea
 proceeding, the unknowing and involuntary nature of a guilty plea can only be
 attacked through the more appropriate channel of Post-Conviction Relief.).  After
 a thorough review of the record and briefs, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL  DISMISSED.
HEARN,
 C.J., KITTREDGE, J., and CURETON, A.J., concur.